## Southern Pacific Company, Appellant, *v.* Valley Frosted Foods Company.

Argued April 12, 1955. Before RHODES, P. J., HIRT, ROSS, GUNTHER, WRIGHT, WOODSIDE and ERVIN, JJ.

222

*Albert E. Acker,* with him *Brockway, Brockway & Acker,* for appellant.

*Cyril T. Garvey,* with him *Wiesen, Cusick & Madden,* for appellee.

OPINION PER CURIAM, July 21, 1955:

We feel that the judgment of the lower court should be affirmed on the opinion of President Judge RODGERS.

In its opinion the lower court relied upon the case of *Davis v. Akron Feed and Fuel Co.*, 296 F. 675 (C.A. 6). On May 25, 1955 an opinion was filed in the case of *United States of America v. Mason & Dixon Lines, Inc.*, 222 F. 2d 646, by the Circuit Court of Appeals for the Sixth Circuit, in which it stated: "This opinion [referring to the *Davis Case*] has been criticized, but we are not convinced that we should depart from the equitable reasoning of our able and distinguished predecessors."

Our Court is of a similar opinion.

Judgment affirmed.